# United States Court of Appeals
## For the First Circuit

No. 08-1733

EMPLOYERS REINSURANCE CORPORATION,

Plaintiff, Appellee,

v.

GLOBE NEWSPAPER COMPANY, INC. and RICHARD A. KNOX,

Defendants, Appellants.

**ERRATA**

The opinion of this Court, issued on March 19, 2009, should be amended as follows.

On page 6, line 4, of 2nd full paragraph, underline "Globe".

On page 8, line 2 of indented quote, change single quotation marks around "'vanishing premium'" to double quotation marks.

On page 8, lines 4 and 5 of indented quote, change single quotation marks around "'vanishing premium claims'" to double quotation marks.